# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02956-RBJ-KLM

MICHELLE WOODWARD,

    Plaintiff,

v.

IQ DATA INTERNATIONAL, INC.,

    Defendant.

## ORDER ON DISMISSAL WITH PREJUDICE

Plaintiff, Michelle Woodward ("Plaintiff"), by and through her attorneys, having filed with this Court her Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that Plaintiff's claims against IQ Data International, Inc. are hereby dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: March 8, 2021

_____

Judge, U.S. District Court